UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



KIM ANTOINETTE WILLIAMS,

        Plaintiff,

v.                                ACTION NO. 2:13cv703

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

        Defendant.

### REMAND ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) and § 1383(c)(3) seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for supplemental security income ("SSI"), under Title XVI of the Social Security Act.

On June 3, 2013, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rule of Civil Procedure for report and recommendation.  Report of the magistrate judge was filed on July 10, 2014, recommending plaintiff's Motion for Summary Judgment be granted, to the extent it seeks reversal and remand of the Acting Commissioner's decision; defendant's Motion for Summary Judgment be denied; the final decision of the Acting

Commissioner be vacated; and that this matter be remanded for further proceedings consistent with the recommendation. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed July 10, 2014. Accordingly, plaintiff's Motion for Summary Judgment is **GRANTED** to the extent that it seeks reversal and remand of the Acting Commissioner's decision; the defendant's Motion for Summary Judgment is **DENIED**; the final decision of the Commissioner is **VACATED**; and this matter is hereby **REMANDED** to the Acting Commissioner for further proceedings consistent with the Magistrate's Report and Recommendation filed July 10, 2014.

The Clerk shall forward a copy of this Remand Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

August 4, 2014