

FILED

JAN 27 2015

CLERK, U.S. ...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KIM ANTOINETTE WILLIAMS,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:13CV703

CAROLYN W. COLVIN,
Acting Commissioner
Social Security Administration,

        Defendant.

### ORDER

This matter comes before the court on plaintiff's Petition for Attorney Fees, filed on October 29, 2014 (ECF No. 18).

On November 17, 2014, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation (ECF No. 22). Report of the magistrate judge was filed on January 7, 2015 (ECF No. 23). The report recommended that plaintiff's Petition for Attorney Fees be granted, as modified.

By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States

Magistrate Judge filed January 7, 2015.  Accordingly, plaintiff's Motion for Attorney's Fees is **GRANTED** as modified, and the plaintiff's counsel is **AWARDED** attorneys' fees in the amount of $7,862.76, plus costs in the amount of $400.00, to be paid to John O. Goss, Esquire, per plaintiff's Assignment of EAJA Attorney Fees, ECF No. 18, attach. 1.  The Clerk shall enter judgment accordingly for the plaintiff.

The Clerk shall forward a copy of this Order to counsel for the parties.

IT IS SO **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

January 27 , 2015